### COOPER *v.* BRANTLEY *et al.*

FISH, C. J. "Where there is no conflict in the evidence, and that introduced with all reasonable deductions or inferences therefrom demands a particular verdict, the court may direct the jury to find for the party entitled thereto." Civil Code (1910), § 5926. Applying this rule to the evidence introduced on the trial of this case, the court was not authorized to direct the verdict of which complaint is made.
*Judgment reversed. All the Justices concur.*
No. 2754. JUNE 15, 1922.

Equitable petition. Before Judge Kent. Laurens superior court. July 28, 1921.

*Larsen & Crockett,* for plaintiff in error.
*Adams & Camp,* contra.